

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00086-CR

Nathan **FOUGHT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR10858
Honorable Jefferson Moore, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the motion to withdraw filed by appellant's attorney is GRANTED, and the trial court's judgment is AFFIRMED.

SIGNED April 29, 2020.

_____
Patricia O. Alvarez, Justice